IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 07-0110

| | | |
|---|---|---|
| IN RE A NEW RULE 16 TO BE ADDED TO THE MONTANA UNIFORM DISTRICT COURT RULES | ORDER | |

The Uniform District Court Rules Commission has proposed a new rule to be added to the Montana Uniform District Court Rules to address the subject of electronically-generated attorney signatures. After publishing and allowing a comment period on the proposed new Rule, the Court has decided to adopt it.

Therefore,

IT IS ORDERED that Rule 16, set forth below, is added to the Montana Uniform District Court Rules.

**Rule 16 – Attorney's Copied or Electronically-Generated Signature.**
An attorney's copied or electronically-generated signature shall be deemed original for all court-filed documents.

The Clerk is directed to provide copies of this Order to each district court judge and each clerk of the district court for the state courts of Montana, the State Bar of Montana, and to each member of the Uniform District Court Rules Commission.

DATED this 16 day of September, 2014.

_____
Chief Justice

_____
Patricia Cotter

_____
Michael E Wheat

1

_____

_____

_____
Justices